# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 22, 2021

**BY ECF**

The Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **United States v. Duwayne Baugh**
     **21 Cr. 200 (PAC)**

Honorable Judge Crotty:

[Handwritten endorsement: 4/22/2021 — The matter is adjourned to Jun 16, 2021 @ 11 AM. Time will be excluded. So ordered. /s/ Paul Crotty]

I write on behalf of Duwayne Baugh to request an adjournment of the status conference in the above-captioned matter, currently scheduled for April 28, 2021. The Government does not object to this request.

The defense understands that the Government has provided the defense with the Rule 16 discovery in its possession to date. The Government is still waiting to receive DNA-related materials and has informed the defense that according to the Office of the Chief Medical Examiner, those materials will not be ready for at least another 45–60 days. Accordingly, the defense respectfully respects a 60-day adjournment of this matter so that the defense may review the DNA materials ahead of the next status conference.

In addition, the Government requests, with the consent of the defense, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the defense time to continue reviewing discovery in this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Ashley Nicolas, Assistant U.S. Attorney