# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2021

**BY ECF**
The Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Duwayne Baugh**
**21 Cr. 200 (PAC)**

Honorable Judge Crotty:

     I write as counsel to Duwayne Baugh in the above-captioned case to respectfully request an adjournment of Mr. Baugh's status conference, currently scheduled for Tuesday, July 27, 2021. The Government does not object to this request.

     Since the last court date, the parties have discussed a possible disposition of this case. On July 21, 2021, the Government extended a plea offer. Mr. Baugh would like time to consider the Government's offer and seeks an adjournment in the hope that we may reach a pretrial resolution of this matter. The parties are available on September 7 at 2PM.

     In addition, the Government requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interest of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:**

_____  7-26-21
**HONORABLE PAUL A. CROTTY**
United States District Judge

cc:   Ashley Nicolas, Assistant U.S. Attorney

2