**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

12/22/2021
The January sentencing is adjourned
to February 10, 2022 at 11:30 AM.
SO ORDERED.

*[signature: Paul A. Crotty]*

Re:   <u>United States v. Duwayne Baugh</u>
      **21 Cr. 200 (PAC)**

Dear Judge Crotty:

I write as counsel to Duwayne Baugh in the above-captioned case to respectfully request a 30-day adjournment of Mr. Baugh's sentencing date, currently scheduled for January 11, 2022, and a corresponding extension of sentencing submission deadlines. An adjournment is necessary to secure the supporting documentation necessary to effectively represent Mr. Baugh at sentencing. The Government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

   /s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:**

_____
**HONORABLE PAUL A. CROTTY**
United States District Judge

cc:   Ashley Nicolas, Assistant U.S. Attorney