# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 31, 2022

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Duwayne Baugh**
      **21 Cr. 200 (PAC)**

Dear Judge Crotty:

    I write as counsel to Duwayne Baugh in the above-captioned case to respectfully request a 60-day adjournment of Mr. Baugh's sentencing date, currently scheduled for February 10, 2022, and a corresponding extension of sentencing submission deadlines. Defense counsel has been actively preparing for an upcoming four-week racketeering trial before Judge Liman, which has interfered with counsel's preparation for Mr. Baugh's sentencing. An adjournment is therefore necessary in order to ensure the effective representation of Mr. Baugh at sentencing. The Government does not object to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

Sentencing is set for April 11, 2022 at 12 noon.
**SO ORDERED:**

_____  2-1-22
**HONORABLE PAUL A. CROTTY**
United States District Judge

cc:   Ashley Nicolas, Assistant U.S. Attorney