# EXHIBIT A

Hon. Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 18, 2022

Dear Judge Crotty,

  I am Duwayne Baugh. It took me a long time to write this letter because I wasn't sure what to say. I have had many sleepless nights thinking about my actions in this case, what I could have done differently to avoid putting my family through this pain. I was wrong. I want to say that I am sorry. I was not thinking right. I was lost, my son had just been stabbed and the person who stabbed him was threatening my life and the lives of my family members. I was trying to protect my family, but I only ended up putting them through more heartbreak. I am sorry.

  Please forgive me. My family has had its share of misfortunes in the last few years. My incarceration will destroy the little hope we share. Our presence in each other's lives is all we have these days. I made a mistake, and I have learned from it. I have seen what is at stake if I should be incarcerated. It will devastate my ten-year-old daughter, who refuses to leave my side while my wife battles cancerous tumors in her body; my wife, my mother, and my mother-in-law, who are all struggling with their own health problems and depend on me for assistance, will suffer in my absence. For mine and their sake, I ask that you please forgive me. You will never have to worry about seeing me before you again.

  I have been doing everything that Pretrial has asked of me. I am clean and sober. I don't drink or smoke anymore. I report to my Pretrial officer regularly and attend my substance abuse programs. I am happy to do anything that will keep me with my family. In the months since my arrest, I have tried my absolute best to get into training programs and find jobs with organizations like Heating, Ventilation, and Air Condition (HVAC), United Parcel Service (UPS), Save Our Street (SOS), and others. Although it was very hard to get into these programs—because of my responsibilities to my family members—I am happy to let you know that as of May 19, 2022, I will begin working with UPS. I am excited about starting this new position because it's a representation of the many sacrifices and hard work of the many people who have helped me get

to this point in my life. I am grateful to my attorney, my substance abuse counselor, Ms. Burns, my Pretrial Officer, Officer Harrison, and Your Honor, for allowing me to begin this new path forward.

The job is a bright light in what has been a long dark period in my life. It's been hard seeing the love of my life suffering in the hands of cancer. I try to stay strong and be available for her, but her condition seems less promising each day. Taking care of her, her mother, and my mother, has been my main priority in the last few months. I have been the person taking her to her radiation and chemotherapy sessions. I don't know how much longer I have with my wife, so I want to spend as much time as I can with her and give her the dignified life she deserves, through my employment and my ability to financially support our family.

I made a terrible mistake. I make no excuses. I am very sorry. I only want a chance to right my wrongs. Please forgive me. Please give me a chance to continue to prove myself. My family needs me, and I need them. These are precious times in my life; I am surrounded by many uncertainties. My ability to take my daughter to school and bring her home, be by my wife's side and hold her hand through her pain, make sure that my mother gets her prescriptions, and ensure that my mother-in-law can properly recover, give my life meaning.

I am asking you to give me a chance to do better by my family and myself. They say that when you know better, you'll do better. This case, amidst my family's health problems, has been a learning opportunity for me. I ask that you give me the chance to be the man I need to be for my family in these critical times.

Thank you for taking the time to read my letter.

Thank you,

Duwayne Baugh

# EXHIBIT B

Hon. Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 19, 2022

Dear Judge Crotty,

    I hope this letter finds you in good spirits. My name is Jacqueline Campbell and I am Duwayne Baugh's mother. I am writing to ask for your leniency in my son's sentence.

    I am heart-broken and disappointed in my son in this case because he knows better. Part of me also feels bad for Duwayne because it was out of his fear for the safety of his wife and children that led him here. Duwayne is remorseful and deeply regrets his actions. His family means the world to him. The possibility of being removed from their warmth, at a time when they need him the most, has been eating at him since this case started. The case has been equally difficult for me and the rest of the family. My health worsens at the thought of my son's conditions. Judge Crotty, please give my son a second chance. Duwayne is a good man who has done a bad thing. He has a family and a plan to live a productive and a law-abiding life.

    Duwayne spent the first 14 years of his life with his father's family in Jamaica. He was seven years old when I left him to move to America for better opportunities (for me and him). He is my only surviving child; both of his siblings died at birth. When he was young, I strove to be present in Duwayne's life, to show him motherly love and warmth, despite the distance between us: me in the United States and him in Jamaica. I made efforts to go visit him as often as I could before he moved to live with me in the United States.

    Duwayne was a joy, a ray of sunshine in my life. It was easy raising him. He was a good student and did not get in trouble in school, even though his peers bullied him often. He consistently received good grades. He was in a school band, played soccer, did karate, and played tennis. He thrived in school and outside of school. He was a good kid. Polite and generous. He would volunteer to help neighbors paint their houses, carry groceries for the elders in the community—if people needed help, Duwayne was there. Before he moved to the States, he would give away his school supplies and clothes to his peers who did not have them. At the time, I was often annoyed with him because it meant more spending for me. But, looking back, it warms my heart that Duwayne had so much empathy for others even at such a young age. As a home health aide for the last 20 years, I know the importance of caring for others, how much society needs it, especially in these times.

Duwayne—despite the troubled years he's known since his early teens—has a lot of good in him. His empathy for others and love for his family never left him. His troubles began with a trauma that he has learned, especially with the ramifications of this case, to overcome. Around 17, Duwayne was set on fire by a group of boys who were trying to steal his jacket. He suffered a third degree burn on his back, which kept him in the hospital for a long time. In the absence of his father and other male role models in this life, Duwayne was depressed and traumatized. He changed—sad and without proper guidance, he tried to find "himself" in the world, a world where his father could not be in his life, where he could be set on fire for no reason but that he refused to give up his jacket. The consequence of this incident was Duwayne's inability to finish high school, although he would go on to obtain his GED.

Duwayne has come a long way from this dark place. He is a husband and father of my four wonderful grandchildren. His youngest daughter, Kailey, adores him more than anything in this world. They are like friends; they do everything together. I can't imagine what she will do if Duwayne is incarcerated. Their worlds revolve around each other. Duwayne is involved in all aspects of her life. He is the one who takes her to school, returns her home, feeds her, and reads to her before bed. On the weekends, when Kailey is finished with her schoolwork, you can find her playing video games with her father. Duwayne is like a kid with Kailey. Because his father was not present in his life, Duwayne strives to be the best father he can be for his family.

Duwayne is a protector and a kind presence in our lives, especially mine. I have been ill with diabetes, COPD, and neuropathy for many years. I frequently have emergency hospital visits because my health conditions can be very unpredictable. Duwayne has been there for me every step of the way. He is always there when I need him. Even though we live in different boroughs, he visits me as often as he can. He helped me move to my current location. He cooks for me, takes me to my appointments, goes to the bank for me (when I must), and visits me often (just to keep me company). This is the kind of person my son is. He is present, loving, and protective of his loved ones.

Recently, Duwayne's wife, Kaiisha, was diagnosed with cancer—after living in pain for the last three years and being misdiagnosed many times until now. The cancer is very advanced and painful. Kaiisha spends days crying uncontrollably at times because of the unbearable headache. She has a very serious and potentially fatal head surgery coming up. Duwayne has been Kaiisha's main system of support. He accompanies her to cancer screenings, takes care of the household, cooks, and does the laundry. With both Duwayne and Kaiisha out of work and relying on their savings and government assistance for the last several months, if Duwayne is incarcerated the family will suffer tremendously.

In these times of great uncertainty, our family needs Duwayne more than ever before. This case has taken a great toll on us. With my health and Kaiisha's health, the last thing that our family

needs is Duwayne's absence. I don't know how we will manage without him. It angers me that Duwayne is in this situation. He regrets his actions every day, because his responsibilities remind him of the challenges his family will have to endure because of his actions. He is remorseful. He has learned his lesson. He knows that he should never attempt to take the law into his own hands; there is a reason we have police and law enforcement institutions in society.

  My son knows that he has done wrong. Your Honor, I am writing this letter because I believe in my son's ability to do better, to do the right thing. I gave birth to him. I saw him grow up. I know the challenges he has faced, the events and the people who have molded him. My son is not perfect, but he strives to be better. It is this effort, the will to reflect and act in the hopes of improving himself, that makes him worthy of forgiveness.

  With forgiveness, he can get his life back on track. He has a family. He has me. I am here, and I will continue to be here for him just as he has been a constant and stable pillar in my life. If Duwayne ever needed a wake-up call, this case has been it. Duwayne knows where his priorities are: his family and dreams of bettering his life.

  Thank you, Your Honor, for reading my letter. I appreciate your time.

Sincerely,

Jacqueline Campbell

# EXHIBIT C

Hon. Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 17, 2022

Dear Judge Crotty,

  My name is Kaiisha Baugh, Duwayne Baugh's wife. I am writing this letter to ask for your forgiveness for my husband. As I write, my head is pounding from the cancer that is eating at my skull. I am in extreme pain and have been for quite some time. Duwayne is all I have. I don't know how I'm going to manage without him.

  In October 2021, I was diagnosed with Stage 4 adenoid cystic carcinoma, a rare form of cancer that eats away at the bone and attaches to the nerve. I have been going to the doctor with complaints since 2019, but I was misdiagnosed a few times. A tumor started to grow from my left cheekbone and it's gotten so enlarged that it spread to the nerves that go behind my eyes at the base of my skull. I feel pain in my neck and tingling in my fingers and toes. My head hurts from the moment I open my eyes in the morning to the time my body gives in to fatigue and I fall asleep. Some days I do not sleep because of the pain.

  I began chemotherapy and radiation on January 12, 2022 for seven weeks to shrink the tumor in order to operate, but the tumor is still inoperable. The surgeon wants to wait to see if the tumor will shrink more before operating. The doctors don't know if I'm going to survive.

  No matter the day or the level of my pain, Duwayne has been by my side every step of the way. He holds me when I'm crying, shops and cooks to feed our family, picks up my medications from the pharmacy, and accompanies me to my appointments. Other than that, he's home all day. He's really not outside anymore. I need him at home with me.

  Beyond taking care of me and our household, Duwayne also takes care of our 10 year old daughter, Kailey. Duwayne gets up with Kailey in the morning and makes sure she gets dressed and has breakfast before he takes her to school. He also picks her up from school and makes sure she does her homework. Duwayne does everything for her even though she's a big girl. I'm barely able to do anything. I can't clean the house, I can't go to the store. Duwayne and Kailey do everything together.

  Duwayne is also the only person that his ailing mother has in her life. My mom has a heart condition and just had knee surgery—Duwayne's been there for my mom as well. She fell recently and he had to pick her up. I really don't know how I will make it without him.

In the 22 years of our relationship, I have never seen Duwayne as scared and traumatized as he is now. This case has taken a huge toll on him. Duwayne is very remorseful. He knows that he made a mistake, despite his intentions to keep us safe. He cries in regret when talking about this case. He wants to make things right. He has lost weight thinking about what he might have done differently to avoid being in this situation, to avoid the possibility of being removed from home when his family needs him more than ever before. He is all we have. The thought of being away from us consumes all aspects of his day. He has not been the same since this case started.

Judge Crotty, please forgive my husband. He is never going to be involved in anything like this again. I need my husband home to take care of me and my daughter. The cancer is scary and painful, I don't want to do it alone. Please give him a chance to be with me through this process. I'm just praying, I'd hate for him to be incarcerated and then I pass away. I don't want my daughter to lose her mom and her dad.

Thank you for taking the time to read my letter. It means the world to me.


Sincerely,

Kaiisha Baugh

# EXHIBIT D

Hon. Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 17, 2022

Dear Judge Crotty,

My name is Virginia Campbell. I am Duwayne Baugh's mother-in-law. I have known him for more than 22 years, since the start of his relationship with my daughter, Kaiisha, the youngest of my three children.

I am taking this opportunity to ask for your leniency in Duwayne's upcoming sentence. There could not be a worse time for him to be away from us than now. Kaiisha has been diagnosed with a stage four adenoid cystic carcinoma—a tumor in her head— and she is constantly in pain. I am recovering from a knee surgery from a month ago. And Duwayne's mother, who lives in Staten Island, suffers from chronic obstructive pulmonary disease (COPD), among other illnesses. Duwayne is the person looking after all of us. If he is taken away, many lives will be shattered.

I am not diminishing Duwayne's actions in this case. I know how deeply sorry and regretful Duwayne is about his actions. Not a day passes that he does not regret it. He is truly sorry. I vouch for him because I know that he is a good man at heart. I am grateful that *he* is by my daughter's side and in my life in these very difficult times of our lives. I cannot think of many people who can gracefully handle the many responsibilities and pressures as Duwayne has been doing over the last few years. His dedication to his family is unmatched and it makes him deserving of leniency, for God knows our family needs mercy at this time.

When Duwayne and Kaiisha started dating over 20 years ago, Kaiisha had a two-year-old son from a different relationship and Duwayne had two sons of his own. Despite these obstacles, their love prevailed. They raised their children as one family. To this day, Kaiisha's son considers Duwayne his father, even though his biological father remains alive, because it was Duwayne who raised and cared for him. The act of raising my grandson, when he could have chosen to do otherwise, is a great tribute to Duwayne's kindness and his love for my daughter and his family. Duwayne will go hungry so that his family can have food. My ten-year-old granddaughter, Kaiisha's child with Duwayne, is inseparable from Duwayne. Because of my health conditions and her mother's terminal illness, my granddaughter only has Duwayne.

Duwayne tries his best to create a sense of normalcy for my granddaughter, but it's been really difficult. Waking up to her mother's cries because of a tumor in her head is a sobering reality

even for a ten-year-old girl. Duwayne has had to split his time taking care of my daughter, me, and his own mother, all while trying to be present for my granddaughter. Duwayne is the one in charge of all of my granddaughter's affairs at the moment. I suffer from cardiac arrhythmia; the condition runs in my family. I have been hospitalized four times because of it. The last time I was hospitalized, my sister, too, was hospitalized. Duwayne was the one by our bedsides, making sure that we were getting all that we needed.

Last month, I underwent surgery to repair a torn meniscus in my right knee. I did not have anyone by my side but Duwayne. My eldest child is a truck driver in Texas, the second one is a busy schoolteacher, and Kaiisha currently can't do much without the help of others. As I recover from my surgery, I have had to, literally, lean on Duwayne to move around my house. Without him, my house doesn't get clean, I don't get my pain medication, my clothes are not washed, I don't get groceries for my fridge. I am at his mercy. Duwayne does all of this for me, while never failing to be available to help his own mother when she needs him. Duwayne helps us all with a smile on his face. He is not paid, nor does he expect gratitude. He does what he does for us because he sincerely believes it's his responsibility; as a family man, he would do anything to protect and comfort his loved ones, especially in their times of need.

It is in difficult times that we get to see someone's true character. Although I have always liked Duwayne as my son-in-law—that's not always the case in in-law relationships—I have never appreciated him more than I have in recent times. Duwayne's resolve, respect, and sense of responsibility are the hallmarks of a great man (despite his flaws in this case). What Duwayne does for us, no amount of riches can buy. If Duwayne did nothing else but care for my granddaughter, my daughter, or his own mother (as he has been doing), he would have been a good person in my book, but he consistently goes above and beyond what is expected of him. I, for one, am grateful for his kindness and generosity. In these trying times, I cannot imagine my world in his absence.

I share this side of Duwayne with Your Honor because it's possible that you may not be aware of it. But for those of us whose lives are deeply intertwined with Duwayne's, this is the side with which we are most familiar. My family has been seriously tested on many different levels. There are no words to describe the reality of helplessly watching your child dwindle from terminal illness. I ask that you please save us from another, and potentially unbearable, test. We simply cannot afford to lose Duwayne in these difficult times. He is all that we have now. Please have mercy on him.

Thank you for reading my letter.

Sincerely,

Virginia Campbell

# EXHIBIT E

Hon. Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 20, 2022

Dear Judge Crotty,

    My name is Saadiq Macedon. Duwayne Baugh is my stepfather, but he is the only father that I have known for as long as I can remember. My father is sorry for his actions that bring him before Your Honor. I know that if you give him a chance, he will never do anything like this again. There's a lot going on with our family right now. We need him home.

    Things have been hard on my family lately because of my mom's cancer diagnosis and my dad's criminal case. I am more anxious than before because it feels that at any point I can lose either one of my parents. It's a terrible feeling, but I know that I am not the only one feeling it. My dad has been working really hard to be there for all our needs. He cooks all our meals, and, as a natural handyman, he keeps everything in order in our house. He just started working again and he has plans to continue doing that while he continues helping our family. He is a very caring person. He works hard to make sure that our family has everything we need.

    My father is a very fun and nice person. Before my mother's cancer became as bad as it is right now, my little sister, my dad, and I used to play "Fortnite" together. My dad was bad at the game, but he played just to spend time with us. My father knows that I want to become a videogame designer in the future, so he is always giving me advice about the importance of education in achieving that dream—he always supports me and my siblings with our dreams.

    My dad inspires me to become a better man. It would be wonderful to have him around. He wants to do better, and I know he will do better. Thank you.

Sincerely,

Saadiq Macedon

# EXHIBIT F

Hon. Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 19, 2022

Dear Judge Crotty,

    My name is Kareene Drummond. I am writing this letter on behalf of my brother-in-law, Duwayne Baugh, whom I have known for more than 20 years.

    Duwayne is caring, generous and kind. He is a devoted father and husband. His love for my sister and his family is best expressed in his respect and care for his in-laws. My mother adores him for this. Recently, my mother had knee surgery and Duwayne has been very involved in helping her around the house and getting her necessities like food and medicine. Similarly, in 2017, when my father had a stroke, which led to his ultimate death, Duwayne was present in the hospital as a support system for our family. When my father passed away, Duwayne led the funeral arrangements, coordinating plans with family members to make sure that my father had a dignified funeral.

    In my case, Duwayne is always a phone call away. In the many times that I have moved throughout the years, Duwayne's been the person to load, unload, and assemble my furniture from one apartment to another. He refuses to have me pay movers, and he will not accept any payments from me either. Duwayne is a truly generous and kind-hearted person. These qualities of Duwayne have made him an essential member of our family. Given the many health crises in our family recently, including my sister's stage four salivary gland cancer, Duwayne's physical presence and his emotional contributions to his family are critical.

    Duwayne is the person who accompanies my sister to all her doctors' apartments and ensures that she takes her medications and eats nutritious meals. My sister needs his support and strength now more than ever. Duwayne has assumed all the responsibilities in his household that he once shared with my sister. Equally important, my ten-year-old niece, my sister's daughter, needs Duwayne home. She is a sensitive child and is very much a "daddy's girl." Duwayne is the one looking after all her needs now, as my sister is unable to.

    I have been a teacher in the Bronx for nearly 23 years. I know the importance of a two-parent household for early childhood development. Duwayne is a great father, despite his actions here (which he sincerely regrets and is already taking important steps to redress). My niece would be devastated if Duwayne is taken away, especially at this critical time for our family.

    From my conversations with Duwayne about this case, I know that he is heartbroken that his mistakes might take him away from his family. This sense of regret has forced him to work hard for a better path forward. I have never seen him as dedicated and driven as he has been recently. Since his arrest, Duwayne has been diligently searching for training and work opportunities. Recently, his hard work has manifested in his new position with UPS. He is happy about the prospect of providing for his family, despite his already full plate of responsibilities.

      I have no doubt that Duwayne has a bright future ahead of him. I am proud of the man he is becoming. He means a great deal to our family. His success is ultimately our success. Regardless of what happens, as his sister-in-law, I will be here to help him reach his full potential as a father, husband, and an in-law.

      Thank you for reading my letter.

Sincerely,

Kareene Drummond

# EXHIBIT G



# Inside Employee Training Packet

Center Name/Slic: **Manhattan North 1021**

Employee Name: **Duwayne Hylton Baugh**

Employee ID: 

Training Date: **5-19-2022**

Trainer Name: **Wayne Washington**